**AFFIRM; and Opinion Filed September 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01461-CR
No. 05-13-01462-CR

**KENNETH AVERY FARR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-55168-V, F13-57650-V**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Kenneth Avery Farr waived a jury, pleaded guilty to theft of property less than $1,500, having two prior theft convictions, and forgery by check. *See* TEX. PENAL CODE ANN. §§ 31.03(a), (e)(4), 32.21(b), (d) (West 2011 & Supp. 2014). Also, in each case, appellant pleaded true to two enhancement paragraphs alleging prior state jail felony convictions. After finding appellant guilty, the trial court assessed punishment at four years' imprisonment for the theft and five years' imprisonment for the forgery. *See* TEX. PENAL CODE ANN. § 12.425(a) (West Supp. 2014). On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising several issues After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131461F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENNETH AVERY FARR, Appellant

No. 05-13-01461-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-55168-V).
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered September 11, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENNETH AVERY FARR, Appellant

No. 05-13-01462-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-57650-V).
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered September 11, 2014.